Hearing Date: 1/28/2019
Time: 10:00 AM

Case Number: 17 - 22692

January 3, 2019

Dear Judge Robert Drain, I am suppuse to receive a permanet modification agreement.

If you can recall the last time we left off on this case, I was in front of you and the Lawyer for Specialized Loan Servicing and the result was that you noted my mortgage must go lower by a few hundred dollars. Although this was not exactly what I was hoping for I said this was better than noting and was waiting for the lowered payment. Since that last time we have discussed my case, I filed and won a grievance case that confirmed to lower my property tax. On October 15, 2018 I sent a copy of the document I received, the 'So Order' I believe its called and a hand written request to lower my monthly escrow payment. I sent these documents to Frank Lambert's office, the Specialized Loan Servicing office, and to the courthouse office – all on the same day, October 15th. The only office that confirmed they received these documents was the court. I had been waiting for months to hear something back from the SLS office or lawyer but I never heard anything, I even made a phone call twice to confirm if they had read it or seen it but they said they would call me back and let me know. I was never made aware that they didn't have it.Then this past Tuesday, January 2, 2019, I received this month's mortgage payment and I noticed the increase of nearly $200 dollars. I then called the SLS office and Frank Lambert's office, I spoke with Mrs. Michelle Mirane and I asked her I was expected a lower monthly payment, not an increase as this was as noted by yourself your honor that I would not receive any increase to my current mortgage, and that was even noted by you before I had won my case to also lower my property tax which should lower my mortgage even further. I asked Mrs. Mirane why was it increased without any document or claim to justify the increase to me, although we even have documents sent to them to lower my escrow account and they still have not done this, I was shocked that it was going higher. She said she was not aware of why it was going higher and was not aware of the reason, her guess was it was going higher because of my escrow account and told me to reach out to the Escrow Department. I called the Escrow Department and they said they have nothing about lowering my escrow payment, which I know is a lie because I have confirmation from FedEx that I had sent the documents that are noting to lower my payment. The court website has my documents there I see, therefore there should be no excuse for any of them to say they don't have it or didn't see it. I sent it to everyone but they are lying it seems and don't want to help me but have me run around in circle's instead. I am unsure of what else I can do, I am following the right steps, I am winning my claim's but I am not seeing the results. Please Judge Drain you are my only hope, I have no power it seems, please be my voice of power and have them finally lower my payment as I have won two claim's now to do so.

CC: Mr. Mark Tulis
Tulis Wikes Huff & Geiger, LLP
220 White Plains Road, 2nd Floor, Tarrytown, NY, 10591

CC: Specialized Loan Service, LLC.
8742 Lucent Blvd Suite 300
Highland Ranch, CO, 80129

CC: National Bankruptcy Services
P.O. Box 9013 Addison, TX, 75001-96

FILED
U.S. BANKRUPTCY COURT
2019 JAN -4 A 9:48
S.D. OF N.Y.

Sincerely,
Jila Shiraly

Jan - 4 - 2019

# TOWN OF CLARKSTOWN: TOWN & COUNTY 2018 TAXES

| FISCAL YEAR: 01/01/2018 to 12/31/2018 | WARRANT DATE: 12/27/2017 | STATE AID - COUNTY: $0.00 | TOWN: $0.00 |
|---|---|---|---|

**MAKE CHECK PAYABLE TO:**

| BANK | BILL NUMBER | PAGE |
|---|---|---|
| [redacted] | 004254 | 1 OF 1 |

**JUSTIN SWEET**
**TOWN CLERK**
**10 MAPLE AVE**
**NEW CITY, NY 10956**

**TO PAY IN PERSON:**
Town Hall
Monday - Friday
9:00 AM - 5:00 PM

**PROPERTY INFORMATION:**

**TAX MAP # [redacted] 43.6-3-9**

DIMENSION: 0.34 acres
RS: 1 CLASS: 1 FAMILY RES
ADDRESS: 16 RUGBY RD NEW CITY
SCHOOL: CLARKSTOWN CSD #1
FULL MARKET VALUE: 607575.00
UNIFORM % OF VALUE: 33.00
ASSESSMENT: 200500

**PROPERTY OWNER:**

SHIRALY JILA
16 RUGBY RD
NEW CITY, NY 10956

## RECEIPT

**If you feel the assessment on your property is too high, you have the right to file a grievance to lower it for future tax bills. For information, please contact your assessor for the booklet "How to File a Complaint on Your Assessment" and to inquire about exemptions. Any reduction in assessment will NOT be reflected on this bill.**

| LEVY DESCRIPTION | TAX LEVY | % Change From Prior YR Levy | RATE | TAXABLE VALUE | AMOUNT DUE |
|---|---|---|---|---|---|
| **HOMESTEAD PARCEL** | | 0.0000 | 0.00000000 | 0.00 | 0.00 |
| COUNTY TAX | 122355000 | 1.9500 | 9.73662900 | 200500.00 | 1952.19 |
| TOWN TAX | 98751925 | 0.4400 | 21.91074200 | 200500.00 | 4393.10 |
| OPEN SPACE | 655515 | -3.4100 | 0.14463700 | 200500.00 | 29.00 |
| NEW CITY AMB DIST | 286733 | 9.4700 | 0.18883500 | 200500.00 | 37.86 |
| NEW CITY FIRE | 1960044 | 1.8400 | 1.34071100 | 200500.00 | 268.81 |
| CONSOL LIGHT DIST | 631782 | 0.0000 | 0.13532800 | 200500.00 | 27.13 |
| CLARKSTOWN MASTER SD | 33715165 | -4.3700 | 0.00000000 | 0.00 | 524.85 |
| REFUSE/GARBAGE DIST | 8460305 | -2.5800 | 0.00000000 | 0.00 | 103.39 |
| GARBAGE COLLECTION | 8460305 | -2.5800 | 0.00000000 | 0.00 | 256.00 |
| COUNTY SOL WASTE | 20487610 | -4.5400 | 0.00000000 | 0.00 | 208.55 |
| COUNTY SOL WASTE | 20487610 | -4.5400 | 0.00000000 | 0.00 | 44.60 |
| CONSOL WATER NO 1 | 2467397 | -0.9500 | 0.72994100 | 200500.00 | 146.35 |
| **TOTAL TAXES DUE BY JANUARY 31, 2018:** | | | | | **$7991.83** |

## PAYMENTS RECEIVED

**Receipt#: 26340** **Date Paid:01/31/2018** **Full Payment**

Tax: 7991.83 Penalty: 0.00 Surcharge: 0.00 Notice Fee: 0.00 Ret. Check Fee: 0.00

Cash: 0.00 Check: 7991.83 Check #: 10226574

**Received from SLS - Via Mail: $7991.83**

| TOTAL TAXES PAID TO DATE: | $7991.83 | PAID IN FULL |
|---|---|---|

Printed on: 01/03/2019 03:13:23 PM

# TOWN OF CLARKSTOWN: TOWN & COUNTY 2019 TAXES

FISCAL YEAR: 01/01/2019 to 12/31/2019 WARRANT DATE: 12/27/2018

| STATE AID - COUNTY: $0.00 | | TOWN: $0.00 |
|---|---|---|
| BANK | BILL NUMBER | PAGE |
| [redacted] | [redacted] | 1 OF 1 |

**MAKE CHECK PAYABLE TO:**

**JUSTIN SWEET**
**TOWN CLERK**
**10 MAPLE AVE**
**NEW CITY, NY 10956**

**TO PAY IN PERSON:**
Town Hall
Monday - Friday
9:00 AM - 5:00 PM

**PROPERTY INFORMATION:**
**TAX MAP #:[redacted] 43.6-3-9**
DIMENSION: 0.34 acres
RS: 1 CLASS: 1 FAMILY RES
ADDRESS: 16 RUGBY RD NEW CITY
SCHOOL: CLARKSTOWN CSD #1
FULL MARKET VALUE: 490000.00
UNIFORM % OF VALUE: 31.50
ASSESSMENT: 154350

**PROPERTY OWNER:**

SHIRALY JILA
16 RUGBY RD
NEW CITY, NY 10956

## MEMORANDUM BILL

**If you feel the assessment on your property is too high, you have the right to file a grievance to lower it for future tax bills. For information, please contact your assessor for the booklet "How to File a Complaint on Your Assessment" and to inquire about exemptions. Any reduction in assessment will NOT be reflected on this bill.**

| LEVY DESCRIPTION | TAX LEVY | % Change From Prior YR Levy | RATE | TAXABLE VALUE | AMOUNT DUE |
|---|---|---|---|---|---|
| **HOMESTEAD PARCEL** | | 0.0000 | 0.00000000 | 0.00 | 0.00 |
| COUNTY TAX | 125900000 | 2.9000 | 10.00187600 | 154350.00 | 1543.79 |
| TOWN TAX | 100346658 | 1.6100 | 22.14122800 | 154350.00 | 3417.50 |
| OPEN SPACE | 631965 | -3.5900 | 0.13837000 | 154350.00 | 21.36 |
| NEW CITY AMB DIST | 318605 | 11.1200 | 0.20945900 | 154350.00 | 32.33 |
| NEW CITY FIRE | 1997501 | 1.9100 | 1.36398600 | 154350.00 | 210.53 |
| CONSOL LIGHT DIST | 1035107 | 63.8400 | 0.21999700 | 154350.00 | 33.96 |
| CLARKSTOWN MASTER SD | 35265239 | 4.6000 | 0.00000000 | 0.00 | 477.48 |
| REFUSE/GARBAGE DIST | 8839299 | 4.4800 | 0.00000000 | 0.00 | 104.00 |
| GARBAGE COLLECTION | 8839299 | 4.4800 | 0.00000000 | 0.00 | 273.00 |
| COUNTY SOL WASTE | 21084342 | 2.9100 | 0.00000000 | 0.00 | 164.97 |
| COUNTY SOL WASTE | 21084342 | 2.9100 | 0.00000000 | 0.00 | 51.87 |
| CONSOL WATER NO 1 | 2653279 | 7.5300 | 0.78360900 | 154350.00 | 120.95 |
| | | | | **TOTAL TAXES DUE BY JANUARY 31, 2019:** | **$6451.74** |

## FULL PAYMENT OPTION

| From: | To: | Tax Amount: | Penalty: | Notice Fee: | Total Due: | Amount Paid: | Date Paid: |
|---|---|---|---|---|---|---|---|
| **DEC 28** | **JAN 31, 2019** | 6451.74 | | | **6451.74** | | |
| **FEB 1** | **FEB 28, 2019** | 6451.74 | 64.52 | | **6516.26** | | |
| **MAR 1** | **MAR 31, 2019** | 6451.74 | 129.03 | | **6580.77** | | |

## INSTALLMENT PAYMENT OPTION

| | If Paid By: | Tax Amount: | Penalty: | Service Charge: | Notice Fee: | Total Due: | Amount Paid: | Date Paid: |
|---|---|---|---|---|---|---|---|---|
| **Installment 1** | **JAN 15, 2019** | 1612.95 | | 80.67 | | **1693.62** | | |
| **Installment 2** Pay to County: | **APR 15, 2019** | 1612.93 | | 80.64 | | **1693.57** | | |
| **Installment 3** Pay to County: | **JUL 15, 2019** | 1612.93 | | 80.64 | | **1693.57** | | |
| **Installment 4** Pay to County: | **OCT 15, 2019** | 1612.93 | | 80.64 | | **1693.57** | | |

**PLEASE RETURN ENTIRE BILL WITH YOUR PAYMENT** | **CHECK THIS BOX IF YOU WOULD LIKE A RECEIPT** ☐

Printed on: 01/03/2019 12:00:56 PM